**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NOPPHOL BUATHONGSRI, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>ZENAS BIOPHARMA, INC. LEON O. MOULDER, JR., JENNIFER FOX, PATRICIA ALLEN, JAMES BOYLAN, PATRICK ENRIGHT, TOMAS KISELAK, HONGBO LU, PH.D, JAKE NUNN, JOHN ORLOFF, M.D., TING XIAO, MORGAN STANLEY & CO. LLC, JEFFERIES LLC, CITIGROUP GLOBAL MARKETS, INC., GUGGENHEIM SECURITIES, LLC,<br><br>　　　Defendants. | Case No. 1:25-cv-10988<br>Hon. Leo T. Sorokin |

**DECLARATION OF J. WILLIAM PIERESON IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT FOR
<u>VIOLATION OF THE FEDERAL SECURITIES LAWS</u>**

I, J. William Piereson, hereby declare as follows:

1.　　I am member of the Bar of the Commonwealth of Massachusetts and an Associate of the law firm of Ropes & Gray LLP, which represents Defendants Zenas BioPharma, Inc. ("Zenas"), Leon O. Moulder, Jr., Jennifer Fox, Patricia Allen, James Boylan, Patrick Enright, Tomas Kiselak, Hongbo Lu, Ph.D., Jake Nunn, John Orloff, M.D., and Ting Xiao in the above-captioned matter.

2.　　I have personal knowledge of the facts set forth herein.  I respectfully submit this declaration in support of Defendants' Motion to Dismiss the Amended Class Action Complaint

-2-

for Violation of the Federal Securities Laws, filed concurrently herewith.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of Zenas' Form S-1/A (the "Registration Statement") filed with the United States Securities and Exchange Commission (the "SEC") on September 6, 2024, and declared effective on September 12, 2024.

4.      Attached hereto as **Exhibit 2** is a true and correct copy of Zenas' Prospectus filed with the SEC on September 13, 2024.

5.      Attached hereto as **Exhibit 3** is a true and correct copy of Zenas' draft Registration Statement submitted confidentially to the SEC on June 26, 2024, as Amendment No. 3 to the draft Registration Statement confidentially submitted on January 25, 2024.

6.      Attached hereto as **Exhibit 4** is a true and correct copy of Zenas' Form 10-Q for Q3 2024 filed with the SEC on November 12, 2024.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.  This declaration was executed on January 23, 2026.

/s/ *J. William Piereson*
J. William Piereson
(BBO #698636)

-2-

-3-

## **CERTIFICATE OF SERVICE**

On January 23, 2026, I, J. William Piereson, caused this document to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties and/or counsel of record.

/s/ *J. William Piereson*
J. William Piereson

-3-