**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Nopphol Buathongsri**

Plaintiff,

CIVIL ACTION NO. 1:25-10988-LTS

V.

**Zenas BioPharma, Inc. et al.,**

Defendants.

## ORDER OF DISMISSAL

Sorokin, D. J.

In accordance with the Court's MEMORANDUM AND ORDER, Dkt. No. 44, dated June 29, 2026, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

By the Court,

6/29/2026
Date

/s/ Flaviana de Oliveira
Deputy Clerk